```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09347
   RONALD M EVANS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-5447


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/23/2007 and was not confirmed.

    The case was dismissed without confirmation 07/18/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------

OPTION ONE MORTGAGE      CURRENT MORTG         .00            .00           .00
OPTION ONE MORTGAGE      MORTGAGE ARRE    34471.00            .00           .00
SYSTEM & SERVICE TECHNOL UNSECURED       NOT FILED            .00           .00
HSBC CARD SERVICES       UNSECURED       NOT FILED            .00           .00
FIRST REVENUE NEXTEL     UNSECURED       NOT FILED            .00           .00
FIRST REVENUE NEXTEL     UNSECURED       NOT FILED            .00           .00
TENNEY & BENTLEY         UNSECURED       NOT FILED            .00           .00
PEOPLES GAS & LIGHT      UNSECURED         4637.22            .00           .00
CITY OF CHICAGO WATER DE UNSECURED       NOT FILED            .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED            .00           .00
ENGRID JONES             NOTICE ONLY     NOT FILED            .00           .00
CAROLO MCCULLUM          NOTICE ONLY     NOT FILED            .00           .00
ANTONIA STATON EVANS     NOTICE ONLY     NOT FILED            .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                     ---------------         ---------------
TOTALS                       .00                                            .00



            PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 09347 RONALD M EVANS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 10/22/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```